E-FILED
Tuesday, 10 September, 2013  04:27:22 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

_____

| | |
|---|---|
| MACON COUNTY, ILLINOIS, by and through JACK W. AHOLA, STATE'S ATTORNEY FOR MACON COUNTY, et al., )<br><br>Plaintiffs, )<br>v. )<br>MERSCORP, INC., et al., )<br>Defendants. ) | Case No. 12-CV-2214 |

### ORDER

A Report and Recommendation (#62) was filed by Magistrate Judge David G. Bernthal in the above cause on August 9, 2013. On August 26, 2013, Plaintiffs Macon County and Mary A. Eaton, Macon County Recorder of Deeds, filed their Objection to Report and Recommendations (#63). Following this court's careful de novo review of the Magistrate Judge's reasoning and Plaintiffs' Objection, this court agrees with and accepts the Magistrate Judge's Report and Recommendation (#62).  This court agrees that Defendants' Motion to Dismiss Plaintiffs' Amended Class Action Complaint (#36) should be GRANTED.

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#62) is accepted by this court.

(2) Defendants' Motion to Dismiss Plaintiffs' Amended Class Action Complaint (#36) is GRANTED.

(3) This case is terminated.

ENTERED this 10th day of September, 2013

s/ Michael P. McCuskey
MICHAEL P. McCUSKEY
U.S. DISTRICT JUDGE